■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SIDNEY CULVER, Appellant. — Appeal from a judgment of the County Court of Ulster County (Vogt, J.), rendered March 23, 1983, upon a verdict convicting defendant of the crime of burglary in the third degree. ¶ Defendant appeals from his conviction of burglary in the third degree following a jury trial. Among other contentions, defendant argues that the absence of a record of the *Sandoval* hearing requires reversal. In *People v Henderson* (95 AD2d 875), we recently withheld determination of the appeal and remitted for a *Sandoval* hearing, holding, "The absence of a record effectively impedes any review respecting the correctness of the *Sandoval* ruling." Although in this case defendant took the stand and review of his cross-examination reveals it to be more than likely that County Court did, as required by *People v Williams* (56 NY2d 236), exercise its discretion in ruling on the *Sandoval* motion, we are of the opinion that to provide certainty on appellate review, a record of the *Sandoval* hearing, including County Court's reasons for its ruling (see *People v Henderson,* 97 AD2d 620), is necessary. Accordingly, we withhold determination of the appeal and remit for a *Sandoval* hearing, which should be recorded so as to permit effective review. ¶ Decision withheld, and matter remitted to County Court of Ulster County for a hearing and determination of defendant's *Sandoval* motion. Mahoney, P. J., Main, Weiss, Levine and Harvey, JJ., concur.